Matthew C. Helland, CA SBN 250451
helland@nka.com
Daniel S. Brome, CA SBN 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs and Others
Similarly Situated

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donnie Cummings, Christopher Jones, and Charles Beaty, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cenergy International Services, LLC,<br><br>Defendant. | Case No. 1:17-cv-00484-LJO<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:      Lawrence J. O'Neill<br>Date:       Thursday, June 1, 2017<br>Time:       8:30 a.m.<br>Courtroom:  4<br><br>Complaint Filed: April 5, 2017 |

**To:    DEFENDANT AND ITS COUNSEL OF RECORD.**

PLEASE TAKE NOTICE that on June 1, 2017 at 8:30 a.m., in Courtroom 4 of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Seventh Floor, Fresno, CA 93721, Plaintiffs will and hereby do move this Court for an order granting a preliminary injunction to enjoining Defendant from seeking indemnification from Plaintiffs and specifically enjoining arbitrations initiated against Plaintiffs through their corporate entities in Houston, Texas.

This motion is based upon the notice of motion and motion, all accompanying declarations and exhibits, and the papers, records, and pleadings on file in this action.

Dated: May 1, 2017              **NICHOLS KASTER, LLP**

                                By:    s/Matthew C. Helland
                                       Matthew C. Helland

                                Attorneys for Plaintiffs and those similarly situated

1
**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**