Matthew C. Helland, CA SBN 250451
helland@nka.com
Daniel S. Brome, CA SBN 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs and Others
Similarly Situated

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Donnie Cummings and Charles Beaty, <br><br> Plaintiffs, <br><br> v. <br><br> Cenergy International Services, LLC, <br><br> Defendant. | **Case No. 1:17-cv-00484-LJO** <br><br> **PLAINTIFFS' STATUS REPORT REGARDING ARBITRATIONS AND PRELIMINARY INJUNCTION MOTION** |

Pursuant to the Court's Order Denying Defendant's Motion to Dismiss (ECF No. 22), Plaintiffs submit this update regarding the status of arbitrations and Plaintiff's motion for preliminary approval.

Today, Cenergy notified the American Arbitration Association ("AAA") that Cenergy is withdrawing its claims against Plaintiffs' entities. Cenergy is withdrawing its claims without prejudice. The arbitrators have not yet signed orders dismissing the cases.

In light of Cenergy withdrawing its arbitrations, Plaintiffs elect to withdraw their request for preliminary injunction at this time. Because the claims were withdrawn without prejudice, Plaintiffs believe that the appropriate course is to proceed with litigation, starting with the initial

-1-
PLAINTIFFS' STATUS REPORT REGARDING ARBITRATIONS AND PRELIMINARY INJUNCTION MOTION

case management conference on October 16. Plaintiffs reserve all rights to pursue a preliminary injunction should Cenergy resume collection efforts.

Dated: September 22, 2017          **NICHOLS KASTER, LLP**

By:   s/Matthew C. Helland
       Matthew C. Helland
       Attorneys for Plaintiffs