1
2
3
4
5
6
7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   DONNIE CUMMINGS, et al.,                    ) Case No.: 1:17-cv-0484 - LJO - JLT
                                                 )
12              Plaintiffs,                       ) ORDER ON JOINT STIPULATION TO
                                                 ) CONTINUE ANSWER DEADLINE AND
13         v.                                     ) SCHEDULING CONFERENCE
                                                 )
14   CENERGY INTERNATIONAL                        )
     SERVICES, LLC,                               )
15                                                )
                Defendant.                        )
16   _____ )

17         On October 2, 2017, the parties filed Stipulation to Continue Answer Deadline and Scheduling

18   Conference. (Doc. 25) Good cause appearing, the Court **ORDERS:**

19         1.    Defendant **SHALL** file its answer to the First Amended Complaint no later than

20               **November 1, 2017**;

21         2.    The initial scheduling conference is continued to **November 13, 2017** at 9:30 a.m.; and

22         3.    The parties **SHALL** file a joint scheduling report no later than **November 6, 2017**.

23

24   IT IS SO ORDERED.

25      Dated:   **October 4, 2017**                      **/s/ Jennifer L. Thurston**
26                                                  UNITED STATES MAGISTRATE JUDGE

27

28