NINA HUERTA (SBN: 229070)
nhuerta@lockelord.com
MATTHEW B. NAZARETH (SBN 278405)
mnazareth@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Fax: 213-485-1200

Attorneys for Defendant
CENERGY INTERNATIONAL
SERVICES, LLC

MATTHEW C. HELLAND, SBN 250451
helland@nka.com
DANIEL S. BROME, 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St.
Suite 810
San Francisco, CA 94104
Telephone: 415-277-7235
Facsimile: 415-277-7238

Attorneys for Plaintiffs DONNIE CUMMINGS
and CHARLES BEATY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE CUMMINGS, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CENERGY INTERNATIONAL SERVICES, LLC, ) <br> ) <br> Defendant. ) | CASE NO. 1:17-cv-00484-LJO-JLT <br><br> **JOINT STIPULATION TO STAY ACTION PENDING ALTERNATIVE DISPUTE RESOLUTION & ORDER** <br><br> (Doc. 31) |

TO THE COURT AND THE CLERK OF COURT, PLEASE TAKE NOTICE THAT Pursuant to Local Rule 143, Plaintiffs Donnie Cummings and Charles Beaty (collectively, "Plaintiffs"), and Defendants Cenergy International Services, LLC ("Defendant") (together with Plaintiffs, the "Parties"), jointly file this stipulation and proposed order regarding private alternative dispute resolution:

WHEREAS, the Parties have agreed to mediate the instant dispute on March 20, 2018;

WHEREAS, the Parties have agreed that this action and all proceedings connected with the *McQueen v. Chevron*, No. 4:16-cv-02089-JSW (N.D. Cal.) litigation shall be stayed in their entirety pending mediation; and

WHEREAS, the Parties agree to seek a stay in all venues[1], including this matter, in arbitration, and in the *McQueen* federal court action; and

WHEREAS, a stay has been entered pursuant to the parties' requests in the *McQueen v. Chevron* action and the *Cummings v. Chevron* arbitration; and

WHEREAS, the Parties agree that any party may request a lift of the stay at any time, provided that the request is made in all venues; and

WHEREAS, any proposal by one of the Parties to lift the stay in this matter shall include a proposal to reset all currently pending dates, including but not limited to, a date for a mid-discovery conference, and for the close of discovery.

NOW THEREFORE, the Parties hereby stipulate that:

1. The Parties are currently scheduled for a mediation on March 20, 2018;
2. All matters and deadlines in all venues in this case shall be stayed in their entirety and the Court shall take no further action in this matter until further notice from the parties;
3. The parties will provide a status report to this Court within 5 days of the completion of the mediation;
4. Any party may request a lift of the stay at any time, provided that the request is made

---

[1] As used herein, "all venues" shall include the *McQueen v. Chevron* federal court action, the *Cummings v. Chevron* arbitration, and the *Cummings v. Cenergy* federal court action.

2
JOINT STIPULATION TO STAY ACTION PENDING ALTERNATIVE DISPUTE RESOLUTION
*Cummings et al. v. Cenergy International Services, LLC*

in all venues and any proposal to lift the stay in this matter includes a proposal to reset all currently pending dates, including but not limited to, a date for a mid-discovery conference, and for the close of discovery.

**IT IS SO STIPULATED**

Dated: February 13, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　NICHOLS KASTER, LLP

　　　　　　　　　　　　　　　　　　　By: /s/ Matthew C. Helland
　　　　　　　　　　　　　　　　　　　　　Matthew C. Helland
　　　　　　　　　　　　　　　　　　　　　Daniel S. Brome
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs,
　　　　　　　　　　　　　　　　　　　DONNIE CUMMINGS and CHARLES BEATY

Dated: February 13, 2018　　　　　　　　LOCKE LORD LLP

　　　　　　　　　　　　　　　　　　　By: /s/ Nina Huerta
　　　　　　　　　　　　　　　　　　　　　Nina Huerta
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　CENERGY INTERNATIONAL SERVICES, LLC

## ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The action is **STAYED**;

2. Within five days of the completion of the mediation, but not later than March 30, 2018, and every 30 days thereafter, the parties **SHALL** file a joint status report detailing the progress of settlement efforts and whether the stay should be lifted.

IT IS SO ORDERED.

Dated: **February 15, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO STAY ACTION PENDING ALTERNATIVE DISPUTE RESOLUTION

*Cummings et al. v. Cenergy International Services, LLC*