NINA HUERTA (SBN: 229070)
nhuerta@lockelord.com
MATTHEW B. NAZARETH (SBN 278405)
mnazareth@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Fax: 213-485-1200

Attorneys for Defendant
CENERGY INTERNATIONAL SERVICES, LLC

MATTHEW C. HELLAND, SBN 250451
helland@nka.com
DANIEL S. BROME, 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St.
Suite 810
San Francisco, CA 94104
Telephone: 415-277-7235
Facsimile: 415-277-7238

Attorneys for Plaintiffs DONNIE CUMMINGS and CHARLES BEATY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE CUMMINGS, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CENERGY INTERNATIONAL SERVICES, LLC, <br><br> Defendant. | CASE NO. 1:17-cv-00484-LJO-JLT <br><br> Hon. Lawrence J. O'Neill <br><br> **NOTICE OF SETTLEMENT AND PARTIAL DISMISSAL; JOINT STIPULATION TO STAY PENDING SETTLEMENT APPROVAL; AND ORDER THEREON** <br><br><br> Complaint filed: April 5, 2017 |

TO THE COURT AND THE CLERK OF COURT, PLEASE TAKE NOTICE THAT Pursuant to Local Rule 143, Plaintiffs Donnie Cummings and Charles Beaty (collectively, "Plaintiffs"), and Defendants Cenergy International Services, LLC ("Defendant" or "Cenergy") (together with Plaintiffs, the "Parties"), jointly file this Notice of Settlement, Partial Dismissal, and Stipulation to Stay, with proposed order:

WHEREAS, Plaintiff Donnie Cummings and non-party Cummings Consulting, LLC have entered into a settlement agreement with Cenergy that resolves Plaintiff Cummings' claims in this matter and Cenergy's requests for indemnification (the "Cummings Settlement");

WHEREAS, the Cummings Settlement does **not** resolve Plaintiff Cummings' Fair Labor Standards Act ("FLSA") or state law claims against Chevron, which continue to go forward in arbitration and in front of the United States District Court for the Northern District of California in the matter of *McQueen v. Chevron Corp.*, Case No. 4:16-cv-02089-JSW ("*McQueen*");

WHEREAS, Plaintiff Charles Beaty and non-party Drilling Consultants, Inc. have entered into a settlement agreement with Defendant Cenergy and unnamed third parties Chevron Corporation and Chevron U.S.A., Inc. (the "Beaty Settlement");

WHEREAS, the Beaty Settlement **does** resolve Mr. Beaty's FLSA claims that were originally pled in the *McQueen* action;

WHEREAS, the Beaty Settlement is subject to Court approval in *McQueen* because it releases FLSA claims;

WHEREAS, the Cummings Settlement requires that Plaintiff Cummings dismiss his claims in this action with prejudice;

WHEREAS, the Beaty Settlement requires that Plaintiff Beaty dismiss his claims in this action with prejudice, but only *after* approval of the settlement in *McQueen*;

WHEREAS, due to the Court's calendar in *McQueen*, Plaintiff Beaty's motion for settlement approval will not be heard until August at the earliest;

WHEREAS, the Court has taken Cenergy's Motion to Compel Arbitration (ECF No. 36) under submission; and

WHEREAS, Cenergy's deadline to oppose Plaintiffs' Motion for Summary Judgment (ECF No. 38) is currently Wednesday, May 30.

NOW THEREFORE, the Parties hereby stipulate that:

1. Plaintiff Donnie Cummings' claims are dismissed from this action with prejudice, pursuant to Rule 41(a)(1)(A)(2) of the Federal Rules of Civil Procedure, with each party to bear their own fees and costs;

2. Plaintiffs hereby withdraw their Motion for Summary Judgment (ECF No. 38) without prejudice to refile;

3. The Parties jointly request that the Court stay this action and vacate all pending motions and deadlines as to Plaintiff Beaty, and set an Order to Show Cause Re: Dismissal for September 28, 2018, by which time the Parties will provide a status update and/or request for dismissal as to Plaintiff Beaty.

**IT IS SO STIPULATED**

Dated: May 29, 2018                    Respectfully submitted,

                                       NICHOLS KASTER, LLP


                                       By: /s/ Matthew C. Helland
                                           Matthew C. Helland
                                           Daniel S. Brome
                                       Attorney for Plaintiffs,
                                       DONNIE CUMMINGS and CHARLES BEATY

Dated: May 29, 2018                    LOCKE LORD LLP


                                       By: /s/ Nina Huerta
                                           Nina Huerta
                                       Attorney for Defendant
                                       CENERGY INTERNATIONAL SERVICES, LLC

---

ORDER RE: NOTICE OF SETTLEMENT AND PARTIAL DISMISSAL, AND JOINT STIPULATION TO STAY
*Cummings et al. v. Cenergy International Services, LLC*

## **ORDER**

Pursuant to the Parties' stipulation, set forth above:

IT IS SO ORDERED.

Dated: __**May 29, 2018**__  _____/s/ Lawrence J. O'Neill_____
                                                      UNITED STATES CHIEF DISTRICT JUDGE